The arguments here complained of do not come within the rule stated.

Finding no reversible error, the judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of The Court of Criminal Appeals and approved by the Court.

the jury were presented. As the record appears before us no question is presented for review.

The judgment is affirmed.

**HESBROOK v. STATE.**
No. 23686.

Court of Criminal Appeals of Texas.

June 4, 1947.

**MASON v. STATE.**
No. 23744.

Court of Criminal Appeals of Texas.

June 4, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Upon trial under an indictment charging appellant with assault with intent to murder M. D. Lloyd, appellant was convicted of an aggravated assault, and his punishment assessed at a fine of $750.

No statement of facts is brought forward, and no bills of exception appear in the record. No objections to the charge to